IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GIMAEX HOLDING, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 15-515-RGA-MPT |
| | : | |
| SPARTAN MOTORS USA, INC., et al., | : | |
| | : | |
| Defendants. | : | |

**ORDER**

This ⟡⟡ day of August 2016, upon consideration of the Magistrate Judge's Report and

Recommendation dated July 28, 2016, and no objections to the Report and Recommendation

having been received, and the Court having reviewed the Magistrate Judge's Report and

Recommendation, IT IS HEREBY ORDERED:

1. The Report and Recommendation (D.I. 86) is **ADOPTED**.

2. Plaintiff Gimaex Holding, Inc.'s Motion to Dismiss (D.I. 58) is **GRANTED in part**

**and DENIED in part** as set forth in the Report and Recommendation.


_Richard G. Andrews_
United States District Judge